```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

THOMAS BAILEY,

    Plaintiff

v.                       CIVIL ACTION NO. 2:05-0806

GEICO GENERAL INSURANCE COMPANY,

    Defendant

### JUDGMENT ORDER

In accordance with the memorandum opinion and order entered this same day in the above-styled civil action, it is ORDERED and ADJUDGED that the plaintiff, Thomas Bailey, take nothing against the defendant, GEICO General Insurance Company, in this action and that judgment be, and it hereby is, entered in favor of defendant GEICO General Insurance Company, with costs as allowed by law.  It is further ORDERED that this action be, and it hereby is, dismissed with prejudice and stricken from the docket.

The Clerk is directed to forward copies of this judgment order to all counsel of record and any unrepresented parties.

DATED:  June 29, 2010

                              John T. Copenhaver, Jr.
                              United States District Judge